Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Rome Division

|  |  |
|---|---|
| Gist Huskins <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Major Pat Bedford ( Jail Administrator) <br> Mitch Ralston ( Sheriff) <br> Seventh-Day Adventist ( Gordon County Jail) <br> PayTel Communications <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> 4:21 CV - 81 <br><br> FILED IN CLERK'S OFFICE <br> U.S.D.C. Rome <br><br> APR 19 2021 <br><br> JAMES _____ |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gist Huskins |
| All other names by which you have been known: | |
| ID Number | 44225 |
| Current Institution | Gordan County Jail |
| Address | 2700 U.S Hwy 41 North |
| | Calhoun, GA 30701 |
| | *City      State      Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Pat Bedford |
| Job or Title *(if known)* | Jail Administrator- Gordon County Jail |
| Shield Number | Major |
| Employer | Gordon County Jail |
| Address | 2700 U.S. Hwy 41 North |
| | Calhoun, GA 30701 |
| | *City      State      Zip Code* |
| | ☐ Individual capacity   ☑ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Mitch Ralston |
| Job or Title *(if known)* | Sheriff of Gordon County |
| Shield Number | Sheriff |
| Employer | Gordon County Jail |
| Address | 2700 U.S. Hwy 41 North |
| | Calhoun, GA 30701 |
| | *City      State      Zip Code* |
| | ☐ Individual capacity   ☑ Official capacity |

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Seventh- Day Adventist Church
Job or Title *(if known)*: Property/Private Owner of Gordon County Jail
Shield Number:
Employer: Property Owner of Gordon County Jail
Address: 1411 Rome Rd. SW
Calhoun, GA 30701
City / State / Zip Code
☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: Paytel Communications
Job or Title *(if known)*: Contractor with Gordon County Jail
Shield Number:
Employer:
Address: P.O. Box 8179
Greensboro, NC 27419
City / State / Zip Code
☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. 15607(c)(z), §115.33(a)thru(f), §115.51(a)thru(d), §115.53(a)(b)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

> Did Not Act on compliance to 42 U.S.C. and to Jail standards for "PREA"
> "SEE ATTACHED"

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

> Did Not Act in compliance to 42 U.S.C and to Jail Standards for "PREA"
> "SEE ATTACHED"

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

> Gordon County Jail, Dorm Unit: A, From February 10, 2021 to Present March 28, 2021

Page 4 of 11 Attachment
Basis for Jurisdiction Section D

"Under Color Of Law"

Each Defendant acted under color of state and local law of
§115.501, State Compliance:
  (a) In determining pursuant to 42 U.S.C. 15607(c)(z) whether the State or Local Agency is in full compliance with the PREA standards.

§115.33 Inmate Education

§115.31 Employee training
  (2) Fulfill Responsibilities
  (4) inmates in free from retalliation for reporting sexual abuse and sexual harassment.

§ 115.51 Inmate Reporting

§ 115.52 Exhausting Remedies

§115.53 Access to outside PREA Professional Agency

§115.67 Agency Protection Against Retaliation

Paytel Communications  §115.12 Contracting with Gordon County Jail's telephone systems.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

        Ongoing separate events starting February 10, 2021 to present March 28, 2021.

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

        Continues sexual innuendos and sexual advances towards weaker men.
"SEE ATTACHED"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Witnessing these acts every day has caused nightmares, severe depression, and anxiety.
"SEE ATTACHED"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$750,000.00 in money damages "SEE ATTACHED" and a Federal Audit pursuant to 42 U.S.C. 15607

# IV. STATEMENT OF CLAIM
## Part D. What are the facts underlying your claim?

On November 12, 2020 at approximately 3:00 P.M at the Comfort Inn & Suites, I-75 exit 312 Hwy 53, I Gist Huskins was being detained by law enforcement officials at this location. During the process I was handcuffed and taken into the hotel lobby restroom to be searched. These Officer's made me raise my hands above my head while handcuffed and face away from them. One Officer proceeded to unbutton my pants, drop my underwear and placing his hands on my genitilia, raising my scrotum, while making derogatory remarks this entire process. Stating that they were looking for a "firearm".
I've been housed in A-Pod at the Gordon County Jail now for almost five fonths in which I have tried continuously to get these officer's names and Badge numbers to file a PREA complaint without some form of retaliation. There is not anything in place here at this facility to make an anonymous PREA claim. My Constitutional Rights 42 U.S.C 28 C.F.R Part 115 under the Prison Rape Elimination Act (PREA) to report sexual abuse and sexual harassments anonymously and without retaliation are being continuously violated.

On Feburary 15, 2021 at approximately 6:15pm I personally overheard sexual advances toward two of the younger men in A-POD in the Gordon County Jail by other inmates that are much older and physically bigger than the victims of their harrassments. These went on for at least three to four weeks and continued to get worse. Myself and a few other men tried to get these men to stop harassing the two younger men but the verbal assaults became worse.
On March 12, 2021 I messaged the Gordon County Staff via our correspondence system and asked them for the Anonymous P.R.E.A hotline number for us to be able to use ANONYMOUSLY to report an incident such as we were experiencing in A-Pod. On March 13, 2021 at 10:07 p.m I received an answer on the kiosk correspondence giving me a 1-800 number for the P.R.E.A hotline that can not be accessed with the phone system that is available to us. There is nothing in place for us to access P.R.E.A whatsoever.
On March 13, 2021 at approximately 6:00 p.m Officer Jarrett came into our unit for a mandatory spray down process where they pray our showers and toilets with a chemical. Officer Jarrett had on some extremely inappropriate pants on that were so tight he could barely walk. The same two older inmates causing all these problems started to make sexual comments about his "tight pants". Officer Jarrett turned around and approached an innocent man named Brodix Oree, held his arms down with one arm and hit inmate Oree in his face twice in front of the entire dorm. The entire incident was caught on the video surveillance camera in our dorm. Inmate Oree contacted his family by our phone system and they called up here to report the incident. Oree was then taken to medical and returned to our unit to wait on the JAil Administration to return on Monday. Monday March 15, 2021 Jail Administration removes inmate Oree from population and moves him to a lockdown unit and charged him with disrespect of an officer that never occurred. Oree is in a lockdown unit and not allowed to use the phones or kiosk email system.

This is how GordonCounty Jail is ran by staff. There is no safe way for us to report anything without the Jail Administration retaliating in some way. Without a P.R.E.,A hotline number for us to access through our phone system (PAYTEL) there is no way for us inmates to report this abuse without retaliation. The Gordon County Jail is violating my Constitutional Rights pursuant to 42 U.S.C, §115.501 and zero tolerance for the Federal P.R.E.A standards in which all state and private ran facilities must meet and be in full compliance with P.R.E.A standards under the US. Department of Justice's final rule 28 C.F.R Part 115 Docket no: OAG-131 RIN 1105-AB34 of May 17, 2012.

## STATUTES BROKEN

§115.11 Zero tolerance of sexual abuse and sexual harrassment; Coordinator:
    (a) All facilities shall have a written policy mandating zero tolerance towards all forms of sexual abuse and harrassment. Each facility shall employ or designate an upper level staff member/PREA Coordinator to oversee efforts to comply with PREA standards.
On March 16, 2021 I asked Administration through kiosk correspondence system, who was in place here to handle PREA complaints? Their response on March 16, 2021 was " What are you talking about, (PREA)??

§115.12 Contracting with other intities: Pay-Tel
    (b) Any contract is the Jail's obligation to ensure that the contractor (Pay-Tel) is in full compliance with PREA standards.
    NO NUMBER IN PLACE FOR PREA HOTLINE.

§115.31 Emploee Training:
    (a) The agency (Jail) shall train all employee's who have contact with inmates on:
      (1) Zero Tolerance;
      (2) How to fulfill responsibilities to P.R.E.A standards;
      (3) Inmate's rights to be free from sexual abuse and sexual harassment;
      (4) The right of inmates and employees to be free from retaliation for reporting sexual abuse and sexual harassment;
      (10) How to comply with relevant laws related to mandatory reporting of sexual abuse to outside authorities.
    (c) All current employees who have not received such training shall be trained within one year of the effective date of the PREA standards, and the agency shall provide each employee with refresher training every two years to ensure that all employees know the agency's current sexual abuse and sexual harassment policies and procedures. In years in which an employee does not receive refresher training, the agency shall provide refresher information on current sexual abuse and sexual harassment policies.

    (d) The agency shall document, through employee signature or electronic verification, that employees understand the training they have received.

# IV. STATEMENT OF CLAIM
## Part D. What are the facts underlying your claim?

§115.33 Inmate Education:
   (a) During the intake process, inmates shall receive information explaining the agency's zero-tolerance policy regarding sexual abuse and sexual harassment and how to report incidents or suspicions of sexual abuse or sexual harassment.
   (b) Within 30 days of intake, the agency shall provide comprehensive education to inmates either in person or through video regarding their rights to be free from sexual abuse and sexual harassment and to be free from retaliation for reporting such incidents, and regarding agency policies and procedures for responding to such incidents.
   (d) The agency shall provide inmate education in formats accessible to all inmates, including those who are limited English proficient, deaf, visually impaired, or otherwise disabled, as well as to inmates who have limited reading skills.
   (f) In addition to providing such education, the agency shall ensure that key information is continuously and readily available or visible to inmates through posters, inmate handbooks, or other written formats

§115.51 Inmate Reporting:
   (a) The agency shall provide multiple internal ways for inmates to privately report sexual abuse and sexual harassment, retaliation by other inmates or staff for reporting sexual abuse and sexual harassment, and staff neglect or violation of responsibilities that may have contributed to such incidents.
   (b) The agency shall also provide at least one way for inmates to report abuse or harassment to a public or private entity or office that is not part of the agency, and that is able to receive and immediately forward inmate reports of sexual abuse and sexual harassment to agency officials, allowing the inmate to remain anonymous upon request. Inmates detained solely for civil immigration purposes shall be provided information on how to contact relevant consular officials and relevant officials at the Department of Homeland Security.
*THERE IS NO HOTLINE NUMBER IN PLACE HERE OR ANY OTHER WAY TO MAKE AN ANONYMOUS P.R.E.A CLAIM*
   (c) Staff shall accept reports made verbally, in writing, anonymously, and from third parties and shall promptly document any verbal reports.
   (d) The agency shall provide a method for staff to privately report sexual abuse and sexual harassment of inmates.

These five statutes of the P.R.E.A illumination Act have not only been violated but completely ignored by Gordon County Jail's Administrator, Personal, and most of all by the Sheriff that's to ensure all inmates are protected by Color of Law and the U.S Constitution. My right as an American citizen is to go before this Honorable Courtroom and be compensated for this travesty of Justice and Violations of the U.S Constitution 42 U.S.C 1506

# VI RELIEF

Relief Requested:
(1) Major Pat Bedford : $750,000 Official Capacity
    $150,000 per statute in violation (5 in all)
(2) Sheriff Mitch Ralston: $750,000 Official Capacity
    $150,000 per statute violation (5 in total)
(3) Paytel Communications: $750,000 Official Capacity
    $750,000 for not giving inmates access to PREA outside hotline.
(4) Seventh Day Adventist: $750,000 Official Capacity
    $750,000 for not ensuring Gordon County Jail is operating under Color of Law and Federal Guidelines.
TOTAL: $3,000,000.00 in Monetary damages.

Also, that a Federal Audit be mandated immediately investigating these Federal violations to PREA mandates and Gordon County Jail official's named in this suit. To ensure that these laws aren't violated anymore than they have already been. To take action and ensure these violations are taken seriously under the U.S Constitution and Department of Justice Final Rule on PREA Standards.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Gordon County Jail located at 2700 US Hwy 41 North Calhoun, GA 30701

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

There is no procedure in place to grieve a PREA claim.
Due to staff neglegiance and retaliation inmates are scared to grieve.
Also, I myself have made numerous attempts through kiosk correspondences with staff asking how to make a PREA claim. They do not even know what PREA is or what direction to advice me to take.
"REFER TO PAGE 5 OF 11 ATTACHMENT FOR FURTHER DETAILS"

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I requested the anonymous P.R.E.A hotline number in place here at Gordon County Jail on March 12, 2021. I also requested information for P.R.E.A Coordinator in place here at Gordon County Jail on March 15, 2021.
"REFER TO PAGE 5 OF 11 ATTACHMENT FOR FURTHER DETAILS"

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

My correspondances with staff concerning my access to a PREA professional is documented under Inmate Correspondance on the kiosk system. March 12, 2021; March 13, 2021; and March 16, 2021.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

IX.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Gist Huskins
Prison Identification #: 44225
Prison Address: Gordon Co Jail 2700 U.S. Hwy 41 N.
Calhoun, Ga. 30701
    *City*    *State*    *Zip Code*

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    *City*    *State*    *Zip Code*
Telephone Number
E-mail Address